**Order entered November 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00993-CV

**RAUL GALVEZ, Appellant**

**V.**

**TORNADO BUS COMPANY D/B/A TORNADO MONEY TRANSFERS AND JUAN VASQUEZ, Appellees**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15700**

## ORDER

We abated this appeal to allow the trial court an opportunity to sign an order dismissing appellee Tornado Bus's counterclaims, based on Tornado Bus's notice of dismissal, and the trial court clerk an opportunity to file a supplemental record containing the dismissal order. On October 31, 2013, the supplemental clerk's record containing the dismissal order was filed. Accordingly, we **REINSTATE** the appeal. As the appellate record has been filed, we **ORDER** appellant to file his brief on the merits by December 19, 2013.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE